THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
RODRIGO A. CASTRO-SILVA (Calif. Bar No. 185251)
Assistant United States Attorney
Chief, General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone No. (213) 894-2262
    Facsimile No. (213) 894-0141
    E-Mail: rodrigo.castro-silva@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 01-1727M |
| | ) | |
| Plaintiff, | ) | **NOTICE OF LODGING OF ORDER FOR DISMISSAL OF CRIMINAL COMPLAINT** |
| v. | ) | |
| JOSE NERY LEMOS, | ) | |
| Defendant. | ) | |

    Plaintiff United States of America, hereby gives notice that an <u>Order for Dismissal of Criminal Complaint</u> was lodged today with this court.

DATED: July 6, 2009             Respectfully submitted,

                                      THOMAS P. O'BRIEN
                                      United States Attorney

                                      CHRISTINE C. EWELL
                                      Assistant United States Attorney
                                      Chief, Criminal Division

                                          /s/
                                      RODRIGO A. CASTRO-SILVA
                                      Assistant United States Attorney

                                      Attorneys for Plaintiff
                                      United States of America